IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHIQUITA LOTT                                                                                   PLAINTIFF

V.                           CASE NO. 3:19-CV-65-BD

SOCIAL SECURITY ADMINSTRATION                                          DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Remand. (Docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 5th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE