IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHIQUITA LOTT                                                                    PLAINTIFF

V.                       CASE NO. 3:19-CV-65-BD

SOCIAL SECURITY ADMINSTRATION                            DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Chiquita Lott and against the Social Security Administration. This is a sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

DATED this 5th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE