IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHIQUITA LOTT                                                                                    PLAINTIFF

V.                                      CASE NO. 3:19-CV-65-BD

SOCIAL SECURITY ADMINSTRATION                                          DEFENDANT

## ORDER

Plaintiff Chiquita Lott has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #15) She seeks fees and expenses in the amount of $1,560.07. (*Id.*) The Commissioner does contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#17)

Because there is no objection to granting attorney's fees and expenses, Ms. Lott's motion (#15) is GRANTED, and the Commissioner is directed to pay the total sum of $1,560.07 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED this 10th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE